```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
                          RENO, NEVADA
```

RENEE VENTO,                              )    3:07-CV-0005-ECR-RAM
                                          )
    Petitioner,                           )    MINUTES OF THE COURT
                                          )
vs.                                       )    DATE: MAY 3, 2007
                                          )
UNITED STATES OF AMERICA,                 )
                                          )
    Respondents.                          )
_____)

PRESENT:      EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN      Reporter:    NONE APPEARING

Counsel for Plaintiff(s)            NONE APPEARING

Counsel for Defendant(s)            NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On April 13, 2007, the Magistrate Judge filed a Report and Recommendation (#12) recommending that Respondents' Motion to Dismiss (#5) be granted. No objection was filed within the time required by the rules of the Court.

    The Report and Recommendation (#12) is well taken and is **APPROVED** and **ADOPTED**.

    **IT IS, THEREFORE, HEREBY ORDERED** that Respondents' Motion to Dismiss (#5) is **GRANTED**.

    The Clerk shall enter judgment accordingly.


                                          LANCE S. WILSON, CLERK

                                          By      /s/
                                                Deputy Clerk